# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

LEROY DAVIS                                    DOCKET NO. 5:17-CV-0327-P

VERSUS                                         JUDGE ELIZABETH E. FOOTE

GIL RORABACK, ET AL.                           MAG. JUDGE KAREN L. HAYES

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 6), and after an independent review of the record, including the objections filed by Plaintiff, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is **DENIED AND DISMISSED** with prejudice pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

THUS DONE AND SIGNED in chambers in Shreveport Louisiana, on this 16th day of November, 2017.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE